# EXHIBIT "1"

## General Civil and Domestic Relations Case Filing Information Form

☑ Superior or ☐ State Court of __Glynn__ County

**For Clerk Use Only**
Date Filed __12/06/2022__
MM-DD-YYYY
Case Number __CE22-01258__

**Plaintiff(s)**
Daniels, Terrell

**Defendant(s)**
Blakley, Kadarius
Montgomery, Jason
Wood, Samuel
The City of Brunswick

Plaintiff's Attorney __W. Douglas Adams__   State Bar Number __004650__   Self-Represented ☐

Check one case type and one sub-type in the same box (if a sub-type applies):

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Contract
- ☐ Garnishment
- ☑ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action pending or previously pending in this court involving some or all of the same: parties, subject matter, or factual issues. If so, provide a case number for each.

_____   _____
Case Number          Case Number

☐ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in OCGA § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____
Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Version 1.1.20

IN THE SUPERIOR COURT OF GLYNN COUNTY
STATE OF GEORGIA

| | |
|---|---|
| TERRELL DANIELS, | * |
| Plaintiff, | * |
| VS. | * CIVIL ACTION NO. CE22-01258 |
| KADARIUS BLAKLEY, JASON MONTGOMERY, SAMUEL WOOD and THE CITY OF BRUNSWICK, | * |
| Defendants. | * |

**SUMMONS**

TO THE ABOVE NAMED DEFENDANT:

KADARIUS BLAKLEY

You are hereby summoned and required to file with the Clerk of said Court and serve upon the Plaintiff's attorney, whose name and address is:

> W. DOUGLAS ADAMS, ESQUIRE
> 1829 Norwich Street
> Post Office Box 857
> Brunswick, Georgia 31521-0857

an answer to the Complaint which is herewith served upon you, within 30 days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

This 6th day of DECEMBER, 2022.

CLERK OF THE SUPERIOR COURT

By: /s/ Madison Browning
    Deputy Clerk

IN THE SUPERIOR COURT OF GLYNN COUNTY
STATE OF GEORGIA

| | |
|---|---|
| TERRELL DANIELS, | * |
| Plaintiff, | * |
| VS. | *  CIVIL ACTION NO. CE22-01258 |
| KADARIUS BLAKLEY, JASON MONTGOMERY, SAMUEL WOOD and THE CITY OF BRUNSWICK, | * |
| Defendants. | * |

**SUMMONS**

TO THE ABOVE NAMED DEFENDANT:

JASON MONTGOMERY

You are hereby summoned and required to file with the Clerk of said Court and serve upon the Plaintiff's attorney, whose name and address is:

> W. DOUGLAS ADAMS, ESQUIRE
> 1829 Norwich Street
> Post Office Box 857
> Brunswick, Georgia 31521-0857

an answer to the Complaint which is herewith served upon you, within 30 days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

This 6th day of DECEMBER, 2022.

CLERK OF THE SUPERIOR COURT

By: /s/ Madison Browning
Deputy Clerk

IN THE SUPERIOR COURT OF GLYNN COUNTY
STATE OF GEORGIA

| | |
|---|---|
| TERRELL DANIELS, | * |
| Plaintiff, | * |
| VS. | * CIVIL ACTION NO. CE22-01258 |
| KADARIUS BLAKLEY, JASON MONTGOMERY, SAMUEL WOOD and THE CITY OF BRUNSWICK, | * |
| Defendants. | * |

### SUMMONS

TO THE ABOVE NAMED DEFENDANT:

SAMUEL WOOD

You are hereby summoned and required to file with the Clerk of said Court and serve upon the Plaintiff's attorney, whose name and address is:

> W. DOUGLAS ADAMS, ESQUIRE
> 1829 Norwich Street
> Post Office Box 857
> Brunswick, Georgia 31521-0857

an answer to the Complaint which is herewith served upon you, within 30 days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

This 6th day of DECEMBER, 2022.

CLERK OF THE SUPERIOR COURT

By: /s/ Madison Browning
Deputy Clerk

IN THE SUPERIOR COURT OF GLYNN COUNTY
STATE OF GEORGIA

| | |
|---|---|
| TERRELL DANIELS, | * |
| Plaintiff, | * |
| VS. | * CIVIL ACTION NO. CE22-01258 |
| KADARIUS BLAKLEY, JASON MONTGOMERY, SAMUEL WOOD and THE CITY OF BRUNSWICK, | * |
| Defendants. | * |

**SUMMONS**

TO THE ABOVE NAMED DEFENDANT:

THE CITY OF BRUNSWICK

You are hereby summoned and required to file with the Clerk of said Court and serve upon the Plaintiff's attorney, whose name and address is:

> W. DOUGLAS ADAMS, ESQUIRE
> 1829 Norwich Street
> Post Office Box 857
> Brunswick, Georgia 31521-0857

an answer to the Complaint which is herewith served upon you, within 30 days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

This 6th day of DECEMBER, 2022.

CLERK OF THE SUPERIOR COURT

By: /s/ Madison Browning
    Deputy Clerk

FILED - MB
GLYNN CO. CLERK'S OFFICE
Filed 12/6/2022 2:55 PM
Accepted 12/7/2022 8:51 AM
CASE # CE22-01258

CLERK SUPERIOR COURT

IN THE SUPERIOR COURT OF GLYNN COUNTY
STATE OF GEORGIA

| | |
|---|---|
| TERRELL DANIELS, | * |
| Plaintiff, | * |
| VS. | * CIVIL ACTION NO. CE22-01258 |
| KADARIUS BLAKLEY, JASON MONTGOMERY, SAMUEL WOOD and THE CITY OF BRUNSWICK, | * JUDICIAL OFFICER: JUDGE HARRISON |
| Defendants. | * |

PLAINTIFF'S COMPLAINT

COMES NOW the Plaintiff, TERRELL DANIELS, who files this Complaint and respectfully shows the Court as follows, to-wit:

1. The plaintiff, TERRELL DANIELS, is a citizen of the United States and a resident of Glynn County, Georgia, which is within the jurisdiction of this Court.

2. The Defendant, KADARIUS BLAKLEY, was a resident of Glynn County, Georgia at the time the operative facts occurred and is subject to the jurisdiction of this Court because he committed a tort in Glynn County, Georgia, thereby making him subject to the long arm jurisdiction of this Court.

3. The Defendant, JASON MONTGOMERY, was a resident of Glynn County, Georgia at the time the operative facts occurred and is subject to the jurisdiction of this Court because he committed a tort in Glynn County, Georgia, thereby making him subject to the long arm jurisdiction of this Court.

4. The Defendant, SAMUEL WOOD, was a resident of Glynn County, Georgia at the time the operative facts occurred and is subject to the jurisdiction of this Court.

5. The Defendant CITY OF BRUNSWICK is a municipal corporation located in Glynn County, Georgia and is subject to the jurisdiction of this Court.

6. On April 25. 2021, the Plaintiff was in the vicinity of 1801 "R" Street in the City of Brunswick.

7. At the aforesaid time and place, the Plaintiff was acting in a lawful manner.

8. At the aforesaid time and place, the defendants Blakley, Wood and/or Montgomery physically forced the Plaintiff to the ground and forcefully fastened handcuffs to the Plaintiff's wrists with his hands behind his back.

9. There was no warrant which authorized the Defendants to arrest the Plaintiff at the time of the aforesaid events.

10. The Defendants did not witness Plaintiff violate any law in their presence on the aforesaid date.

11. Prior to touching the Plaintiff, none of the Defendants informed the Plaintiff that he was being placed in detention or that he was being arrested.

12. Prior to touching the Plaintiff, none of the Defendants requested the Plaintiff to place his hands behind his back so that handcuffs could be placed on the Plaintiff.

13. Prior to touching the Plaintiff, none of the Defendants requested that the Plaintiff lie on the ground.

14. The Defendants did not have probable cause to arrest the Plaintiff on April 25, 2021.

15. The Defendants did not have justification to use force against the Plaintiff on April 25, 2021.

16. As a result of the aforesaid incident, the Plaintiff suffered injuries to his neck, back, shoulders and legs.

17. The aforesaid acts committed upon Plaintiff by the Defendants KADARIUS BLAKLEY, JASON MONTGOMERY, SAMUEL WOOD while they were employed by the CITY OF BRUNSWICK.

18. The Plaintiff shows that the physical acts against his person and the use of unnecessary and excessive force violated the Plaintiff's rights under the Fourth and Fourteenth Amendments to the United States Constitution, the Georgia Constitution, and Title 51 of the Official Code of Georgia.

19. During the incident, the Defendants KADARIUS BLAKLEY, JASON MONTGOMERY and SAMUEL WOOD acted with actual hostile intent toward the Plaintiff, thereby demonstrating that the wrongful acts done by KADARIUS BLAKLEY, JASON MONTGOMERY and SAMUEL WOOD were committed with actual malice toward the Plaintiff.

20. The Plaintiff's injuries from the aforesaid conduct of the Defendants KADARIUS BLAKLEY, JASON MONTGOMERY and SAMUEL WOOD, were directed toward the Plaintiff when there was no justification for the use of any force.

21. The wrongful assault and battery on the Plaintiff, and the excessive force used against Plaintiff by the Defendants was done under color of law and authority, and said wrongful acts were done intentionally, and with a complete and deliberate indifference to the Plaintiff's rights, and all of said wrongful conduct has caused the Plaintiff to be deprived of his constitutional and legal rights, including but not limited to the rights afforded in the Fourth and Fourteenth Amendments to the United States Constitution.

22. As a result of the aforesaid conduct, the Plaintiff suffered pain, fear, physical injuries and he has suffered mental harm which have required treatment at the Southeast Georgia Regional Medical Center.

23. The Defendants are liable to the Plaintiff for actual and punitive damages as a result of the foregoing acts of misconduct, which were committed with actual malice toward the Plaintiff.

24. The Defendant CITY OF BRUNSWICK is liable to the Plaintiff for the conduct of the other named Defendants because the CITY OF BRUNSWICK has a policy which authorizes the use of force without legal cause or because it has failed to adopt a policy prohibiting the use of force except under appropriate circumstances.

25. The Plaintiff shows that the arrest and detention of the Plaintiff by the Defendants was wrongful, and there was no probable cause for the same.

26. The Plaintiff shows that he is entitled to recover from Defendants for the infliction of harm constitutes a violation of rights under Georgia Law, since said acts constitute battery.

27. The Plaintiff shows that he is entitled to recover for the pain and suffering which he endured, as well as for the medical expenses which he incurred as a result of his treatment at the Southeast Georgia Health System.

28. The CITY OF BRUNSWICK is liable under Georgia Law for negligent hiring and/or retention of the three Defendant because it hired and retained KADARIUS BLAKLEY, JASON MONTGOMERY and/or SAMUEL

WOOD with actual knowledge of their repeated misconduct involving the deprivation of civil rights while acting as law enforcement officers.

WHEREFORE, the Plaintiff prays for the following:

A.   That the Plaintiff be granted a trial by jury as to all contested issues of fact;

B.   That the Plaintiff recover actual damages of not less than $250,000.00 and punitive damages of not less than $500,000.00 from each of the Defendants; and

C.   That the Plaintiff recover reasonable attorney's fees and other costs of litigation together with such other relief as to which the Plaintiff may be entitled.

This the 6th day of December, 2022.

                s/W. Douglas Adams
                W. DOUGLAS ADAMS
                ATTORNEY FOR PLAINTIFF

1829 Norwich Street
Post Office Box 857
Brunswick, Georgia 31521-0857
(912) 265-1966
Email: WDAdams@WDALaw.biz

 

**DAVID J. HARDIN, Sheriff**

FILED - MB
GLYNN CO. CLERK'S OFFICE
Filed 1/5/2023 12:42 PM
Accepted 1/5

Williamsburg – James City County Sheriff's Office
5201 Monticello Avenue, Suite 5
Williamsburg, VA 23188-8218
757-564-2220 • Fax: 757-564-2229

## AFFIDAVIT OF SERVICE

Commonwealth of Virginia
City of Williamsburg/County of James City

I declare under oath that I am a deputy sheriff in and for the City of Williamsburg and County of James City in the Commonwealth of Virginia, and that I served the documents on the Complainant/Petitioner or Respondent/Defendant whose name and address appears below, and in the following manner:

Name: Jason Montgomery
Address: 5100 Rolling Reach, WMBG, VA
Date and time of service: 12/20/22   1515
Type of paper(s) served: Summons & Complaint

[ ] By handing it to a person identified to me as the person named above.

[X] By leaving it with Robert Montgomery / Father, a person who is designated to receive service for the person named above.

[ ] I attempted to serve the person named above _____ times, but have not been able to locate him/her.

[ ] Not found in my bailiwick for the following reason _____.

I am over the age of 18 years and am not interested in nor a party to this case.

12/22/22
Date

Tracey L. D. _____
Signature of Deputy

Commonwealth of Virginia, City of Williamsburg : To wit:
Acknowledged, subscribed and sworn to before me this 22 day of December, 2022.

_____
Signature of Notary

Notary Seal: RACHEL A. ICZKOVITS / NOTARY PUBLIC / REG # 7808350 / COMMONWEALTH OF VIRGINIA