IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| TERRELL DANIELS,<br><br>    Plaintiff,<br><br>v.<br><br>KADARIUS BLAKLEY, et al.,<br><br>    Defendants. | CIVIL ACTION NO.: 2:23-cv-15 |

**O R D E R**

This matter is before the Court on Defendant City of Brunswick's Motion to Stay. Doc. 10.  Defendant requests the Court stay discovery until the Court rules on its motion to dismiss.  See Doc. 8.  Plaintiff has not responded, and the time to do so has expired.  Accordingly, the Court **GRANTS** Defendant City of Brunswick's Motion as unopposed under Local Rule 7.5 ("Failure to respond within the applicable time period shall indicate that there is no opposition to a motion."), and **STAYS** this case pending a ruling on Defendant City of Brunswick's motion to dismiss.  This stay will be automatically lifted upon the issuance of a Court order ruling on Defendant's motion to dismiss, if the case remains pending.

**SO ORDERED**, this 21st day of February, 2023.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA